Ronald Lee CHANDLER,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. KCD 29330.

Missouri Court of Appeals,
Kansas City District.

Jan. 30, 1978.

Thomas M. Dunlap, Whitlow, Riley, Mariea & Dunlap, Fulton, for movant-appellant.

John D. Ashcroft, Atty. Gen., Paul Robert Otto, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P. J., and DIXON and TURNAGE, JJ.

PER CURIAM.

Ronald Lee Chandler filed a motion under Rule 27.26. After holding an evidentiary hearing the court made findings of fact and denied relief.

A careful review of the record reveals the findings of fact are not clearly erroneous; no error of law appears; and an opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).

All concur.